# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN PHILLIP BONHAM,
                    Appellant,
            vs.
BARBARA K. CEGAVSKE,
                    Respondent.

No. 81522

FILED

AUG 2 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order purportedly dismissing a civil rights complaint. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, the order appealed from is not a final, appealable order. On November 12, 2019, the district court entered an order setting a hearing on respondent's motion to dismiss the complaint. Such an order is not appealable. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984).

Further, on January 27, 2020, the district court entered an order specifically directing that no decision on the motion to dismiss has yet been entered, that the court is waiting for the remittitur from this court on the appeal, and that at that time the court will set a hearing on the motion.

20-31035

The complaint remains pending and unresolved in the district court. Appellant may appeal from an order resolving his complaint when one is entered. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:  Hon. Jim C. Shirley, District Judge
     Bryan Phillip Bonham
     Attorney General/Carson City
     Pershing County Clerk